No. 83–5490.  SILVA v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 83–5493.  HAYNES v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 83–5495.  BIRCHFIELD v. GENERAL MOTORS ACCEPTANCE CORP.  Ct. App. Okla.  Certiorari denied.

No. 83–5497.  KISH v. BENEDEK ET AL.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 83–5498.  SMART v. RAUP ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–5507.  WILSON v. DUNN, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 83–5510.  SERIO v. MAGGIO, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 83–5516.  TURNER v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 83–5526.  DAVIS v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 83–5534.  FILIPAS v. AKRON GENERAL HOSPITAL ET AL. C. A. 6th Cir.  Certiorari denied.

No. 83–5539.  ARRUDA v. FAIR, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.  C. A. 1st Cir. Certiorari denied.

No. 83–5545.  GRAVES v. STOCKLEY, CLERK OF CIRCUIT COURT OF LASALLE COUNTY, ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 83–5548.  KENDRICKS v. MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO.  C. A. 7th Cir.  Certiorari denied.

No. 83–5550.  FILIPAS v. KRAUSE, ADMINISTRATOR, WORKMEN'S COMPENSATION, ET AL.  C. A. 6th Cir.  Certiorari denied.